UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
                                                               :

JOSEPH DEANGELIS,                            :

                              Plaintiff,           :

                         -against-                 :     Case No. 11 Civ. 7866 (VM)

JON S. CORZINE, HENRI J.            :
STEENKAMP, BRADLEY I. ABELOW,    :
and MICHAEL G. STOCKMAN,        :

                          Defendants.        :

---------------------------------------------------------------- :

THIS DOCUMENT RELATES TO           :

The following Consolidated Actions:       :

Espinoza v. Corzine, et al.,               :
11 CIV 7960;                             :

Petro v. Corzine, et al.,                   :     **NOTICE OF APPEARANCE**
11 CIV 8253;                             :

Double D Trading LLC v. Corzine, et al.,   :
11 CIV 8271;                             :

IBEW Local 90 Pension Fund v. Corzine, et al., :
11 CIV 8401;                             :

Accomazzo v. Corzine, et al.,            :
11 CIV 8467;                             :

Rodriguez v. Corzine, et al.,             :
11 CIV 8815;                             :

Daly v. Corzine, et al.,                    :
11 CIV 8823;                             :

Context Partners Fund LP v. Corzine, et al., :
11 CIV 8888                              :

------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE that I, Rebecca S. Kahan, of Dechert LLP, hereby enter my appearance as counsel of record for Defendant Jon S. Corzine, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       December 29, 2011                    DECHERT LLP

                                                    By: /s/ Rebecca S. Kahan
                                                          Rebecca S. Kahan

                                                  1095 Avenue of the Americas
                                                  New York, New York 10036-6797
                                                  Tel.:(212) 698-3861
                                                  Fax: (212) 698-3599
                                                  rebecca.kahan@dechert.com

                                                  *Attorneys for Jon S. Corzine*